919 THIRD AVENUE NEW YORK, NY 10022-3908

**JENNER&BLOCK** LLP

October 7, 2019

Elizabeth Edmondson
Tel +1 212 891 1606
EEdmondson@jenner.com

<u>**VIA ECF**</u>

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

Re:   *Livingstone v. Colgate-Palmolive Company*, Case No. 1:19-cv-04643

Dear Judge Ramos:

     We are counsel to Defendant Colgate-Palmolive Company ("Colgate") in the above-referenced matter, and we submit this letter on behalf of both parties to inform the Court that the parties have reached a settlement in principle to resolve this action.  The parties are in the process of documenting the terms of the settlement.  Plaintiff intends to file a request for dismissal once the settlement documentation is finalized.  The parties anticipate this will be completed within the next 30 days.

Respectfully Submitted,


<u>/s Elizabeth Edmondson</u>
Elizabeth Edmondson


cc:     Joshua H. Eggnatz
        Kim E. Richman